UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-70362 |
| | CHAPTER 13 |
| HAROLD PIKE | |
| SHARON JUNE PIKE | JUDGE HARLIN D. HALE |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Robert B. Wilson files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** UNION SQUARE CREDIT UNION

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 6 | 6001 | $0.00 | $0.00 | $ 0.00 | $ 0.00 |
| Total Amount Paid by Trustee | | | | | $ 0.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 17-70362

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 1st day of May, 2020.

HAROLD PIKE, SHARON JUNE PIKE, 199 GREGORY FORK RD., RICHLANDS, NC  28574

ELECTRONIC SERVICE - MONTE J WHITE, ATTORNEY AT LAW, 1106 BROOK AVE HAMILTON PLACE, WICHITA FALLS, TX  76301

SYNCHRONY BANK, C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41021, NORFOLK, VA  23541

LAW OFFICES OF GREGORY A ROSS, ATTORNEY AT LAW, 4245 KEMP BLVD STE 308, WICHITA FALLS, TX  76308

UNION SQUARE F C U, PO BOX 6050, SHEPPARD AFB, TX  76311

ELECTRONIC SERVICE - United States Trustee

Date:  May 01, 2020                                                    /s/ Robert B. Wilson
                                                                       Robert B. Wilson
                                                                       Chapter 13 Trustee
                                                                       1407 Buddy Holly Avenue
                                                                       Lubbock, TX  79401-9401